```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 04 B 38772
    WILLIAM A ROMANENKO
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-4975

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/19/2004 and was confirmed 12/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  41.03%.

     The case was paid in full 11/20/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
AMERICASH                 UNSECURED        NOT FILED         .00            .00
ROUNDUP FUNDING LLC       UNSECURED OTH    10462.99          .00        4306.57
AMERICREDIT               NOTICE ONLY      NOT FILED         .00            .00
CAPITAL ONE BANK          UNSECURED        NOT FILED         .00            .00
IL DEPT OF EMPLOYMENT SE  UNSECURED        NOT FILED         .00            .00
ILLINOIS DEPT OF EMP SEC  NOTICE ONLY      NOT FILED         .00            .00
MAJOR FINANCIAL CORPORAT  UNSECURED         2510.53          .00        1030.02
PROVIDIAN FINANCIAL       UNSECURED        NOT FILED         .00            .00
SIR FINANCE CO            UNSECURED OTH     1801.04          .00         725.00
TCF NATIONAL BANK         UNSECURED        NOT FILED         .00            .00
TIMOTHY K LIOU            REIMBURSEMENT       14.40          .00          14.40
TIMOTHY K LIOU            DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                         512.25
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              9,288.24

PRIORITY                                        14.40
SECURED                                           .00
UNSECURED                                     6,061.59
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                            512.25
DEBTOR REFUND                                     .00
                   ---------------        ---------------
TOTALS               9,288.24                 9,288.24


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 38772 WILLIAM A ROMANENKO
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/21/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE